CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

AUG 2 0 2008

BY: JOHN F. CORCORAN, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FELIX LUIS ROCHE MONTALVO, | ) | |
| SECURED PARTY/CREDITOR, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08-cv-00464 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| FELIX LUIS ROCHE MONTALVO, | ) | By: Hon. Glen E. Conrad |
|     Defendant in Rem. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B) as frivolous, and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of August, 2008.

_____
United States District Judge